**Order filed September 22, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00634-CV
_____

### MARATHON PETROLEUM COMPANY LP, Appellant

### V.

### CHERRY MOVING COMPANY, INC., Appellee

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 15-CV-1324

## O R D E R

The notice of appeal in this case was filed August 10, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 7, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.                    PER CURIAM